ERASTUS S. PROSSER, Respondent, *v.* THE FIRST NATIONAL BANK OF BUFFALO et al., Appellants.

(Argued June 24, 1887; decided October 4, 1887.)

THIS action was brought to recover damages sustained by plaintiff in the purchase of certain shares of stock, which the complaint alleged were bought by plaintiff from defendant, the First National Bank, the purchase being induced by certain false and fraudulent representations as to its financial condition made by its president on its behalf. The trial court found that plaintiff did not purchase the stock in question of said defendant, but of its president, and that, therefore, it was not chargeable with the false representations made by that officer. The General Term reversed the judgment. The order of reversal did not state that it was upon the facts. The court, therefore, here held that the justification of the reversal must be found in some error of law ; that, as matter of law, the evidence fully sustained the finding of the trial court ; and that no error was pointed out by any of the other exceptions in the case.

*John G. Milburn* for appellants.

*James F. Gluck* for respondent.

EARL, J., reads for reversal of order of General Term and affirmance of judgment of trial court.

All concur, except RUGER, Ch. J., not voting.

Judgment accordingly.